# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

In re:

MONTREAL MAINE & ATLANTIC RAILWAY, LTD.

Debtor.

Bk. No. 13-10670
Chapter 11

## NOTICE OF EXPEDITED HEARING

Robert J. Keach, the duly appointed chapter 11 trustee (the "Trustee") in the above-captioned case, has filed a Motion for Expedited Hearing and Shortened Objection Period with Respect to the Sixth Consent Motion for Entry of an Oder (A) Rescheduling the Date of the Initial Pretrial Conference, (B) Extending the Deadline for Filing the Joint Pretrial Statement and Order, and (C) Granting Related Relief [Adv. Dkt. No. 73] (the "Motion to Expedite"), seeking an expedited hearing on the Sixth Consent Motion for Entry of an Oder (A) Rescheduling the Date of the Initial Pretrial Conference, (B) Extending the Deadline for Filing the Joint Pretrial Statement and Order, and (C) Granting Related Relief [Adv. Dkt. No. 72] (the "Motion").

If you do not want the Court to approve the Motion to Expedite or the Motion, then on or before **December 15, 2014**, you or your attorney must file with the Court a response or objection explaining your position. If you are not able to access the CM/ECF Filing System, then your response should be served upon the Court at:

Alec Leddy, Clerk
United States Bankruptcy Court for the District of Maine
202 Harlow Street
Bangor, Maine 04401

If you do have to mail your response to the Court for filing, then you must mail it early enough so that the Court will receive it **on or before December 15, 2014**.

You may attend the final hearing with respect to the Motion to Expedite scheduled to be held at the Bankruptcy Court, 537 Congress Street, Portland, ME 04101 on **December 16, 2014 at 1:00 p.m. E.S.T.** If the Motion to Expedite is granted at that time, the Court may immediately thereafter conduct a hearing to consider, and may grant some or all of the relief sought by, the Motion.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

1

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion to Expedite or the Motion, and may enter an order granting the requested relief without further notice or hearing.

Dated:  December 9, 2014

ROBERT J. KEACH
CHAPTER 11 TRUSTEE OF MONTREAL
MAINE & ATLANTIC RAILWAY, LTD.

By his attorneys:

*/s/ Timothy J. McKeon*
Paul McDonald, Esq.
Timothy J. McKeon, Esq.
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Tel: (207) 774-1200
Fax: (207) 774-1127