# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>MONTREAL, MAINE & ATLANTIC RAILWAY, LTD.,<br><br>    Debtor. | Bk. No. 13-10670<br>Chapter 11 |
| ROBERT J. KEACH, solely in his capacity as the chapter 11 trustee for MONTREAL, MAINE & ATLANTIC RAILWAY, LTD.,<br><br>    Plaintiff<br><br>    v.<br><br>WORLD FUEL SERVICES CORPORATION, WORLD FUEL SERVICES, INC., WESTERN PETROLEUM COMPANY, WORLD FUEL SERVICES, CANADA, INC., AND PETROLEUM TRANSPORT SOLUTIONS, LLC, CANADIAN PACIFIC RAILWAY COMPANY, AND IRVING OIL LIMITED<br><br>    Defendants. | Adversary Proceeding No.  14-1001 |

### DECLARATION OF ROBERT J. KEACH IN SUPPORT OF
### MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

I, Robert J. Keach, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am the estate representative of the post-effective date estate of (formerly the duly appointed chapter 11 trustee for) the above-captioned debtor and debtor-in-possession.[1] I

---

[1] In accordance with the confirmed chapter 11 plan in the above-captioned chapter 11 case (the "Plan"), I became the estate representative of the post-effective date estate on December 22, 2015.  Under the Plan, the estate representative acquired all rights and duties with respect to prosecution of this action.

submit this Declaration in support of the *Motion for Leave to File Third Amended Complaint* (the "Motion for Leave"),[2] filed contemporaneously herewith.

2. Attached hereto are true and correct copies of the following documents referenced in and relevant to the Motion for Leave:

**Exhibit A:** CP's response to the Trustee's jurisdictional discovery demands in the above-captioned adversary proceeding (the "CP Response to Jurisdictional Discovery").

**Exhibit B**: Unofficial English translation of CP's *Motion for Leave to Appeal from an Interlocutory Judgment of the Superior Court Partially Granting the De Bene Esse Motion of the Canadian Pacific Railway Company to Order the Communication of Documents*, submitted in the Quebec Superior Court, 2015 CQQS 2002.

**Exhibit C**: *Canadian Pacific Railway Company's Responses to the Trustee's Interrogatories and Request for Production of Documents* (the "CP Discovery Responses").

**Exhibit D**: Notice of Appearance on behalf of CP in the Carmack Litigation.

**Exhibit E**: Notice of Appearance on behalf of Canadian Pacific Railway Limited in the Carmack Litigation.

**Exhibit F**: Notice of Appearance on behalf of Soo Line Corporation in the Carmack Litigation.

**Exhibit G**: Notice of Appearance on behalf of Soo Line in the Carmack Litigation.

**Exhibit H**: *Soo Line Railroad Company's Answer to the Complaint and Jury Trial Demand* in the Carmack Litigation.

**Exhibit I**: *Canadian Pacific Railway Company's Answer to the Complaint and Jury Trial Demand* in the Carmack Litigation (the "CP Carmack Answer").

**Exhibit J**: Affidavit from James Clements, Vice President of Strategic Planning and Transportation Services of CP, dated May 2016 (the "May 2016 Clements Affidavit").

**Exhibit K**: Affidavit of James Clement, dated June 23, 2015 (the "June 2015 Clements Affidavit").

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion for Leave.

**Exhibit L**: CP's Annual Information Form 2013, dated March 5, 2014 (the "March 2014 Annual Information Form"), obtained from the Investor section of CP's website.

**Exhibit M**: CP's FORM 40-F, for the fiscal year ended December 31, 2014, obtained from the Investor section of CP's website.

**Exhibit N**: CP's 2014 Investor Fact Book, titled "Welcome to the New CP" (the "Investor Fact Book"), obtained from the Investor section of CP's website.

[*remainder of page intentionally left blank*]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: August 8, 2016

_____
**Robert J. Keach, Esq.**
Estate Representative of Post-Effective Date Estate
Montreal Maine & Atlantic Railway, Ltd.

[*signature page to Keach Declaration / Motion for Leave to File Amended Complaint*]