

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

In re:

JOE R. WHATLEY, JR., solely in his capacity
as the WD Trustee of the WD Trust,

    Plaintiff,

      v.

CANADIAN PACIFIC RAILWAY LIMITED,
CANADIAN PACIFIC RAILWAY
COMPANY, SOO LINE CORPORATION,
SOO LINE RAILROAD COMPANY, AND
DAKOTA, MINNESOTA & EASTERN
RAILROAD CORPORATION,

    Defendants.

Case No. 1:16-cv-00074-DLH-CSM

### Affidavit of James Clements

    1.    I am James Clements, V.P. of Strategic Planning and Transportation Services of Canadian Pacific Railway Company (CP). In that capacity I am knowledgeable about CP's corporate structure and operations.

    2.    Only two of the above named defendants (Soo Line Railroad Company and Canadian Pacific Railway Company) moved Train 282, which was the train that ultimately derailed in Lac Mégantic, Quebec, Canada on July 6, 2013 while in the custody of another railroad called the Montreal, Maine & Atlantic. The remaining defendants were not involved.

    3.    Soo Line Railroad Company moved Train 282 from its origin in New Town, North Dakota to just across the U.S./Canada border at the Detroit-Windsor tunnel.

    4.    After exiting the tunnel, the Soo Line Railroad Company crew was replaced by another crew from Canadian Pacific Railway Company. From there Canadian Pacific Railroad

Company moved Train 282 to the Cote Saint Luc railyard in Montreal, Quebec at which point Train 282 was turned over to the Montreal, Maine & Atlantic Railroad.


Subscribed and sworn to before me      __/s James Clements_____
This 10th day of May, 2016.            James Clements

__/s Cassandra P. Quach_____
Notary Public

2