EXHIBIT K

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| In re: <br><br> MONTREAL, MAINE & ATLANTIC RAILWAY, LTD., <br><br> Debtor. | Bk. No. 13-10670 <br><br> Adversary Proceeding No. 14-1001 |
| ROBERT J. KEACH, solely in his capacity as the chapter 11 trustee for MONTREAL, MAINE & ATLANTIC RAILWAY, LTD., <br><br> Plaintiff <br><br> v. <br><br> WORLD FUEL SERVICES CORPORATION, WORLD FUEL SERVICES, INC., WESTERN PETROLEUM COMPANY, WORLD FUEL SERVICES, CANADA, INC., PETROLEUM TRANSPORT SOLUTIONS, LLC, IRVING OIL LIMITED, CANADIAN PACIFIC RAILWAY COMPANY AND SMBC RAIL SERVICES, LLC, <br><br> Defendants. | **Affidavit of <br> James Clements** |

1.    I am James Clements, V.P. of Strategic Planning and Transportation Services of Canadian Pacific Railway Company (CP). In that capacity I am knowledgeable about CP's corporate structure and operations.

1

7144769v4

2. CP is a Canadian Corporation with a principal place of business at 7550 Ogden Dale Rd. S.E. Calgary, Alberta Canada. CP is the railroad operating subsidiary of Canadian Pacific Railway Limited.

3. CP conducts almost no business in the United States relating to railroad operations. Instead CP subsidiaries operate railroads in the United States. Those subsidiaries are separate corporations with separate and distinct board of directors. Those subsidiaries just do business as "Canadian Pacific" or "Canadian Pacific Railway" but are not CP. Unlike CP, the rail operations conducted by the U.S. subsidiaries are regulated by agencies of the U.S. federal government – e.g. the Surface Transportation Board and the Federal Railroad Administration.

4. CP Canadian crews do not run trains in the U.S., except for limited operations allowed by the Federal Railroad Administration for the safe movement of trains across the border between Canada and the U.S. to where CP crews dismount and turn the train over to crews employed by a U.S. subsidiary. Generally the extent of those limited operations is restricted to 10 miles or less.

5. The collective-bargaining agreements for CP employees do not govern labor relations in the U.S. Further, Canadian CP employees do not enjoy U.S. Railroad Retirement Board benefits and are not subject to U.S. federal railroad regulations.

6. CP does not own right-of-way property in the U.S. Instead, U.S. subsidiaries hold title to that real estate.

7. Canadian dangerous good regulations do not cover U.S. subsidiary operations in the U.S. Instead, those regulations only govern rail transportation in Canada.

2

8.     CP did not begin to operate the train that was interchanged with Montreal, Maine and Atlantic Railroad near Montreal and that ultimately derailed at Lac Mégantic until the train crossed the border.

Subscribed and sworn to before me
This 23 day of June, 2015.

_____
Notary Public

James Clements

**CASSANDRA P. QUACH**
*Barrister and Solicitor*

3

7144769v4