# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>MONTREAL, MAINE & ATLANTIC RAILWAY, LTD.,<br><br>   Debtor. | Bk. No.  13-10670<br><br>Adversary Proceeding No. 14-1001 |
| ROBERT J. KEACH, solely in his capacity as estate representative of the post-effective date estate of MONTREAL, MAINE & ATLANTIC RAILWAY, LTD.,<br><br>   Plaintiff<br><br>v.<br><br>CANADIAN PACIFIC RAILWAY COMPANY, and SOO LINE RAILROAD COMPANY,<br><br>   Defendants. | |

**Canadian Pacific Railway Company and Soo Line Railroad Company's motion to dismiss under Rule 7012, on *forum non conveniens* grounds and to obviate the inappropriate relation back of certain claims**

Canadian Pacific Railway Company (CP) and Soo Line Railroad Company (Soo Line) ask this Court to dismiss Robert J. Keach's, the estate representative for Montreal, Maine & Atlantic Railway, Ltd. (MMAR), third amended complaint.  CP and Soo Line base this request on Rule 12(b)(6) of the Federal Rules of Civil Procedure, which the Rules of Bankruptcy Procedure, Rule 7012, make applicable to this adversary proceeding.  CP and Soo Line also seek dismissal on *forum non conveniens* grounds.  This litigation arose out of a Quebec disaster, involves Canadian litigants and witnesses,

7891069v3

and belongs in Quebec. Finally, CP and Soo Line move to dismiss claims that cannot relate back or undo the inappropriate relation back of claims—which the Court's September 27 record remarks and ruling preserved.

As the parties stipulated and the Court ordered, CP and Soo Line will file a memorandum of law supporting these motions by October 27, 2016.

Dated:  October 7, 2016

**BRIGGS AND MORGAN, P.A**

By: *s/ Timothy R. Thornton*
    Timothy R. Thornton
    Paul J. Hemming
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
(612) 977-8400

**And**

**PEARCE & DOW, LLC**

By:*/s Aaron P. Burns*
    Aaron P. Burns
Two Monument Square, Suite 901
PO Box 108
Portland, Maine 04112-0108
(207) 822-9900 (Tel)
(207) 822-9901 (Fax)

**ATTORNEYS FOR CANADIAN PACIFIC RAILWAY COMPANY AND SOO LINE RAILROAD COMPANY**

7891069v3

**Certificate of Service**

      This document has been filed using the ECF/CM electronic system, and that system effected service on all parties who have entered an appearance in the electronic system.

      Dated: October 7, 2016          /s/ *Timothy R. Thornton*